UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
JORGE DIAZ ROSA
XXX-XX-8484

CASE NO. 11-09964-ESL

CHAPTER 13

           DEBTOR (S)

TRUSTEE'S OBJECTION TO CLAIM #02-1
FILED BY (OR ON BEHALF OF):ORIENTAL MORTGAGE

TO THE HONORABLE COURT:

    The Trustee objects to Claim #02-1, filed on March 27, 2012 for the
amount of $35,000.00, classified as SECURED on the following grounds:

• Failure to comply with BR 3001(c), no written evidence of the claimed
debt was filed with the proof of claim.
• Failure to comply with BR 3001(d), no evidence of perfection of claimed
security interest was filed with the proof of claim.

    WHEREFORE the Trustee respectfully prays that this motion be granted
for the reason herein set forth and that an order be entered:

    Disallowing objected Claim.

    30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the
Chapter 13 Trustee certifies that a copy of this motion has been served
by regular US Mail on this same date to: the Debtor(s), his/her/their
attorney the objected claimant and its counsel of record (if any) and are
hereby notified that unless an opposition to this motion is submitted in
writing within 30 days from the date appearing in the certificate of
service,infra, the Court may grant this motion without the need of an
actual hearing. (See attached Verified Statement)

    In San Juan, Puerto Rico this Wednesday, April 4, 2012.

                                        /s/ Jose R. Carrion
                                        JOSE R. CARRION
                                        CHAPTER 13 TRUSTEE
                                        PO Box 9023884, Old San Juan Stat.
                                        San Juan, PR 00902-3884
                                        Tel. (787) 977-3535
                                        Fax  (787) 977-3550

VERIFIED STATEMENT


    The undersigned, of legal age and as employee of Jose R. Carrion,
Chapter 13 Trustee Office, hereby certifies that on this same date, I
personally and duly notified a true and exact copy of the attached motion
to each party below listed.


    JORGE DIAZ ROSA         ORIENTAL MORTGAGE
    31 CALLE ALGARIN       CUPEY CENTER ROAD
    JUNCOS, PR  00777      SAN JUAN, PR  00925


    ROBERTO FIGUEROA CARRASQUILL*
    PO BOX 193677
    SAN JUAN, PR  00919-3677



In San Juan, Puerto Rico this Wednesday, April 4, 2012.


*Olga Sosa*
_____
    Chapter 13 Clerk