UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor**: JORGE DIAZ ROSA
**Case Number**: 11-09964-ESL7                **Chapter:** 7
**Date / Time / Room**: 07/07/2015 09:00 am osjcrt2
**Bankruptcy Judge**: ENRIQUE S. LAMOUTTE
**Courtroom Clerk**: DARHMA ZAYAS
**Reporter / ECR**:   ZIARA BITTMAN

## Matter:

Doc# 67 Motion for Relief From Stay Under 362 filed by Banco Popular PR/Oriental Bank & Trust  With Declaration under servicemember civil relief act of 2003. Collateral: HOUSE AND LOT AT: 31 CALLE ALGARIN ESQUINA BALDORIOTY, JUNCOS, PR 00777. Post Petition Arrears: TOTAL ARREARS: $25,986.63
Doc# 70 Ch.7 Trustee Reply

## Appearances:
NOREEN WISCOVITCH RENTAS ✓
ROBERTO  FIGUEROA CARRASQUILLO
WALLACE VAZQUEZ SANABRIA ✓

## Proceedings:

ORDER:

____ Upon debtor(s)' failure to:____ oppose;____ appear at the hearing scheduled for this date;____make current payments to movant; the instant motion is granted  and the stay is  hereby lifted in favor of movant.

____ Debtor shall provide adequate protection to movant by:
   ___curing the arrears within ____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment.  Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ The automatic stay is hereby modified for loan mitigation/modification purposes only.  The parties shall inform the Court within ____ days on the status of the process.

____ Movant's application to withdraw the motion is hereby granted.

X  Other: *The motion is granted to modify stay up to the point of judgment. The parties shall thereafter inform the court on status of prospective sale.*

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge