**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-09964 | ESL | Judge: | ENRIQUE S. LAMOUTTE INCLAN | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|---|---|
| Case Name: | JORGE DIAZ ROSA | | | | Date Filed (f) or Converted (c): | 03/10/2014 (c) |
| | | | | | 341(a) Meeting Date: | 04/24/2014 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | 08/05/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE  Residential property located at 31 Algarin St., Juncos, Puerto Rico. This property consists of two (2) levels: 1st level: commercial property; two (2) bathrooms. 2nd level: two (2) bedrooms, one (1) bathroom, living room, dining room, kitchen and balcony. | 130,000.00 | 47,429.74 | | 0.00 | 47,429.74 |
| 2. FINANCIAL ACCOUNTS  Banco Popular de Puerto Rico Account: 0511 Checks | 500.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS  Misc. Household Goods and Furnishings | 6,000.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL  Clothes and personal effects | 500.00 | 0.00 | | 0.00 | FA |
| 5. FURS AND JEWELRY  Miscellaneus used jewerly | 500.00 | 0.00 | | 0.00 | FA |
| 6. VEHICLES  1994 Ford Tempo Mileage: 80,000 | 2,606.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $140,106.00  $47,429.74  $0.00  $47,429.74

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pending filing 363(h) action. New counsel will be hired. - Noreen Wiscovitch 03/12/2016
Pending filing 363(H) action. - Noreen Wiscovitch 9/28/2015
No response from former spouse regarding the sale of the property. Trustee to hire counsel to file a 363(h) action in order to sell the property. April 01, 2015, 10:45 pm
Trustee to attempt to administer realty in Juncos. May 07, 2014, 02:10 pm

Initial Projected Date of Final Report (TFR): 12/31/2016   Current Projected Date of Final Report (TFR): 12/31/2016

Trustee Signature:   /s/ NOREEN WISCOVITCH-RENTAS   Date: 04/27/2016

NOREEN WISCOVITCH-RENTAS
PMB #136
400 Kalaf Street
SAN JUAN, PR  00918
(787) 946-0132
noreen@nwr-law.com